UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET NECHALDAS<br><br>Plaintiff,<br><br>v.<br><br>DIALYSIS NEWCO, INC.,<br><br>Defendant. | Case No. 15-cv-03322-EMC  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: March 24, 2016<br>Mediator: Barbara Bryant |

IT IS HEREBY ORDERED that the request to excuse defendant Dialysis Newco, Inc.'s designated executive, Jay Yalowitz, from appearing in person at the March 24, 2016, mediation before Barbara Bryant is DENIED.

**IT IS SO ORDERED**.

Dated: March 14, 2016

Maria-Elena James
United States Magistrate Judge