SARNOFF + SARNOFF
David J. Sarnoff (SBN: 23936)
Maria Bourn (SBN: 269322)
20 Park Rd., Suite D
Burlingame, CA 94010
Telephone: (650) 393-4995
Facsimile: (650) 931-4237
Email: dsarnoff@sarnofflaw.com
       mbourn@sarnofflaw.com
Attorney for Plaintiff
JANET NECHALDAS

GREGORY C. CHENG (SBN: 226865)
gregory.cheng@ogletreedeakins.com
RACHEL J. MOROSKI (SBN: 286805)
rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Plaintiff
DIALYSIS NEWCO, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET NECHALDAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIALYSIS NEWCO, INC., A DELAWARE CORPORATION; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 4:15-cv-03322-EMC<br><br>**STIPULATION AND [proposed] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed**: June 2, 2015<br>**Trial Date**: February 13, 2017 |

- 1 -

Printed on Recycled Paper

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41(a)(1)(A)(ii) and local Rule 7-12, Plaintiff Janet Nechaldas and Defendant Dialysis Newco Inc., jointly stipulate that the Complaint and all claims against Defendant be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 5, 2016

SARNOFF + SARNOFF
A Professional Corporation

By: _____
David Sarnoff
Maria Bourn
Attorneys for Plaintiff
JANET NECHALDAS

Dated: August 5, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Gregory C. Cheng
Rachel J. Moroski
Attorneys for Defendant
DIALYSIS NEWCO, INC

[proposed] order

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Plaintiff's Complaint and all of her claim against Defendant DIALYSIS NEWCO INC., are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers on San Francisco, California this __8th__ day of __August__, 2016.

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

COUNTY OF SAN FRANCISCO )
) ss.
STATE OF CALIFORNIA )

I am employed in the County of San Francisco in the State of California. I am over the age of 18 and not a party to the within action; my business address is 20 Park Road, Suite D, Burlingame, CA 94010

On the date set forth below, I served the following document(s):

**Stipulation and [proposed] ORDER OF DISMISSAL WITH PREJUDICE**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Gregory Cheng
Rachel J. Moroski
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105

[X]   By Mail: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the US Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2016, at Burlingame, California.

*Sol Nunez*